```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION
```

SONIA McCARTHY,                )
                               )
            Plaintiff,         )
                               )
    v.                         )    No. 11 C 1527
                               )
NATIONAL RAILROAD PASSENGER    )
CORPORATION, et al.,           )
                               )
            Defendants.        )

MEMORANDUM ORDER

When this personal injury action came to this District Court via removal from the Circuit Court of Cook County, this Court (as it always does in cases newly assigned to its calendar) made its first order of business an inquiry into the existence of federal subject matter jurisdiction, in accordance with the quarter-century-old teaching by our Court of Appeals in <u>Wis. Knife Works v. Nat'l Metal Crafters</u>, 781 F.2d 1280, 1282 (7th Cir. 1986):

> The first thing a federal judge should do when a complaint is filed is check to see that federal jurisdiction is properly alleged.

In this instance that depended on whether the United States owns more than 50% of the capital stock of the defendant corporation colloquially known as Amtrak (see 28 U.S.C. §1349).

In response Amtrak's counsel have provided a comprehensive Brief in Support of Jurisdiction that confirms such ownership. Accordingly this Court will keep the case, and its previously-issued order establishing a 9 a.m. June 2, 2011 status hearing

will stand.

```
                            _____
                            Milton I. Shadur
                            Senior United States District Judge
```

Date:  April 4, 2011